```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 07105
   ERIC NEUENKIRCHEN
   BONNIE NEUENKIRCHEN                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-6993     SSN XXX-XX-2859


---------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/11/04 and confirmed on 09/07/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   24776.00 .

    4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
ROUNDUP FUNDING LLC        SECURED VEHIC    13000.00        1223.92       13000.00
WELLS FARGO HOME MTGE      CURRENT MORTG         .00            .00            .00
AURORA BURLINGTON          UNSECURED         9351.16            .00        4019.97
CARSON PIRIE SCOTT         UNSECURED        NOT FILED          .00            .00
RRCA ACCOUNTS MANAGEMENT   UNSECURED          136.73            .00          58.78
CREDITORS DISCOUNT & AUD   UNSECURED        NOT FILED          .00            .00
CHECK RITE                 UNSECURED        NOT FILED          .00            .00
CREDIT RECOVERY INC        UNSECURED        NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS IN   UNSECURED        NOT FILED          .00            .00
FINGERHUT CREDIT ADVANTA   UNSECURED          746.48            .00         320.90
ROCKFORD MERCANTILE AGEN   UNSECURED          529.40            .00         227.58
RUSH COPLEY MEDICAL CENT   UNSECURED        NOT FILED          .00            .00
SMC                        UNSECURED         1809.30            .00         777.80
SEARS BKRUPTCY RCVRY MGM   UNSECURED        NOT FILED          .00            .00
VALLEY WEST HOSPITAL       UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         6830.72            .00        2936.46
          Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED     OTHER         TOTAL

TOTAL CLMS ALLOWED  13000.00          .00    19403.79        .00       32403.79
PRINCIPAL PAID      13000.00          .00     8341.49        .00       21341.49
INTEREST PAID        1223.92          .00         .00        .00        1223.92
TOTAL PAID          14223.92          .00     8341.49        .00       22565.41
The Debtor's attorney, BRADLEY COVEY                   , was allowed $   2200.00
and was paid $    1015.00   direct and $    1185.00   through the plan.

The Trustee received $    1025.59 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/14/07                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE